# United States District Court
# For The Western District of North Carolina
# Statesville Division

KAREN KLYMAN,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         5:10CV176

KENNETH R. McINTURFF,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2011 Order.

                                         Signed: September 21, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court